**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

SHEILA GARCIA                                                                                        PLAINTIFF

vs.                                            Case No. 5:25-cv-05088-TLB

UBER FREIGHT, LLC                                                                              DEFENDANT

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Uber Freight, LLC files its Corporate Disclosure Statement as follows:

1. Uber Freight US LLC is a subsidiary of Uber Freight Holding Corporation.

2. Uber Freight Holding Corporation is a subsidiary of Uber Technologies, Inc., which is publicly traded on the New York Stock Exchange.

> Eva C. Madison (98183)
> Kyle Kennedy (2017104)
> Littler Mendelson, P.C.
> 217 E. Dickson St., Suite 204
> Fayetteville, Arkansas 72701
> Telephone: 479.582.6100
> emadison@littler.com
> kkennedy@littler.com
>
> Attorneys for Uber Freight, LLC